IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOAN OLIVER,<br><br>    Plaintiff,<br><br>V.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   C.A. No. 5:17-cv-01019-XR<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joan Oliver ("Plaintiff") and Defendant Standard Insurance Company ("Defendant") (together, the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Confidential Release between the Parties, the Parties stipulate as follows:

1.  That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2.  That all attorneys' fees and costs be borne by the party incurring them.

**AGREED AND APPROVED:**

By:  */s/ Ryan K. McComber*
Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Cameron E. Jean
Texas Bar No. 24097883
cameron.jean@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 – fax

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

-and-

By:  */s/ Jessica Taylor*
Jessica Taylor
Texas Bar No. 24013546
Jessica@jtaylorlaw.com

**THE LAW OFFICE OF JESSICA TAYLOR**
14100 San Pedro, Suite 602
San Antonio, Texas 78232
(210) 402-4022
(210) 402-1225 – fax

ATTORNEY FOR PLAINTIFF

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**

## CERTIFICATE OF SERVICE

    I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested, on this the 9th day of August, 2018.

                                      */s/ Ryan K. McComber*
                                      Ryan K. McComber

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 3**